IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SHAPIRO FAMILY PARTNERSHIP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:18-CV-110-D |
| | § | |
| ASPEN SPECIALTY INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The court adopts the November 8, 2018 findings, conclusions, and recommendation of the United States Magistrate Judge. Accordingly, plaintiff's July 26, 2018 motion to compel appraisal and to appoint umpire is granted in part and denied in part. Mark Packard is appointed umpire in the appraisal process provided for in the insurance policy at issue. This action is abated until the parties complete the appraisal process, and all pending motions not addressed by this order are statistically terminated.

The parties are ordered to file a joint status report every 60 days informing the court of the status of the completion of the appraisal. The first report is due on the first business day of February 2019.

The clerk of court is directed to administratively close this case pending completion of the appraisal.

**SO ORDERED**.

November 30, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE